# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:25-CV-00237-KDB-DCK

| | |
|---|---|
| **MOHAMAD ALI HARIRI,** | |
| **Plaintiff,** | |
| **v.** | **MEMORANDUM AND ORDER** |
| **ARIENTE SIMONE WILLIAMS,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Partial Summary Judgment (Doc. No. 79), in which he seeks judgment in his favor on his allegations that Defendant Ariente Simone Williams is liable to him for her negligence in connection with an April 2022 motor vehicle collision and on Ms. Williams' affirmative defense that a release that Plaintiff gave to her insurer bars his claims. The Court has carefully considered this motion and the parties' briefs and exhibits.

Although this action was filed in April 2025, the past year has been spent on motion practice related primarily to Plaintiff's claims against two insurance companies, which were dismissed in February 2026. *See* Doc. No. 78. The Court has further denied Ms. Williams' Motion for Judgment on the Pleadings. *Id*. No Case Management Order has been entered, and no discovery schedule or date for mediation has been scheduled. Accordingly, Ms. Williams asks the Court to deny Plaintiff's Summary Judgment motion until the parties have had an opportunity to pursue discovery and the litigation process. *See* Fed. R. Civ. Proc. 56(d). The Court agrees with Ms. Williams that Plaintiff's motion is premature, and the Court will deny the motion without prejudice. Instead, the parties will be given a reasonable time to pursue discovery and are required to hold a mediation prior to consideration of any motion for Summary Judgment as ordered below.

1

# ORDER

**NOW THEREFORE IT IS ORDERED THAT:**

1. Plaintiff's Motion for Partial Summary Judgment (Doc. No. 79) is **DENIED without prejudice;**

2. All discovery in this action shall begin immediately and be completed no later than September 15, 2026;

3. Prior to September 15, 2026, the parties shall conduct a Mediation;

4. The deadline for the filing of dispositive motions is set for October 15, 2026, and no dispositive motion shall be filed prior to the Mediation ordered above;

5. A more detailed Case Management Order governing this action will be entered;

6. All parties, but in light of his repeated violations most particularly Plaintiff, are reminded of their obligations to comply with the Court's orders related to the strictly limited use of artificial intelligence. Future violations of those orders will result in sanctions, including striking any documents containing fictitious citations, etc., without further warning; and

7. This case shall proceed towards trial on the merits on the remaining claims in the absence of a voluntary resolution of the dispute among the parties.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 15, 2026

Kenneth D. Bell
United States District Judge

2